IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHANDRA FIELDS,

    Plaintiff,

v.                                  CASE NO.  4:16cv22-RH/CAS

FLORIDA DEPARTMENT OF
JUVENILE JUSTICE,

    Defendant.

_____/

## ORDER DENYING SUMMARY JUDGMENT

This is an employment-discrimination case. The defendant terminated the plaintiff, allegedly for repeated instances of poor performance, including failing to follow instructions. But the plaintiff asserts the real reason was race or retaliation for complaining of racial discrimination. The defendant has moved for summary judgment.

The plaintiff has presented evidence that she complained of racial discrimination, that things rapidly went downhill from there, and that within six

weeks she was terminated. The plaintiff also has presented evidence that some of the alleged instances of poor performance were untrue and that the defendant engaged in disparate treatment of white and African-American employees, including the plaintiff, in other respects. The defendant is not entitled to summary judgment on the plaintiff's claim that race or retaliation was a motivating factor in the defendant's termination decision.

The plaintiff does not assert that she suffered any other adverse employment action. The plaintiff apparently does not assert a hostile-environment claim, and it would not matter if she did, because the record would not support such a claim. The case will go forward as a termination claim.

For these reasons,

IT IS ORDERED:

The defendant's summary-judgment motion, ECF No. 25, is denied.

SO ORDERED on October 19, 2016.

                                                  s/Robert L. Hinkle  
                                                  United States District Judge